| Attorney or Party without Attorney: Steven C. Dawson, Esq<br>DAWSON & ROSENTHAL, P.C<br>25 Schnebly Hill Road<br>Sedona, AZ 86336<br>TELEPHONE No.: (928) 282-3111 | | |
|---|---|---|
| Attorney for: Plaintiff Todd Peters | Ref No. or File No.: Peters | |
| Insert name of Court, and Judicial District and Branch Court:<br>In UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA | | |
| Petitioner: Todd Peters<br>Respondent: Prudential Insurance Companuy of America | | |

| CERTIFICATE OF SERVICE | HEARING DATE: 7/30/2018 | TIME: 9:00 AM | DEPT.: | CASE NUMBER: CV18-01088-PHX-SRB |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Affidavit of Custodian of Records; Letter Dated July 10, 2018

a. Party served         Edan Critchfield, Psy.D.

Address where served: 17071 Sonoma Rdg
                      San Antonio, TX 78255-3805

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 7/23/2018    (2) at: 7:52 PM

   Person who served papers:
   NATIONWIDE LEGAL  Name: Alexander Duaine
                    County of Bexar,
                    3150 N. 24TH STREET, D-104                The fee for service was: $ 299.80
                    Phoenix, AZ 85016
                    (602) 256.9700
                    www.nationwideasap.com



Date: July 24, 2018

_____
(Alexander Duaine)

AZ126804

---

AZ126804.Peters
**CERTIFICATE OF SERVICE**